**IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.**

The party obtaining this order is responsible for noticing it pursuant to Local Rule 9022-1.

**Dated: February 19, 2010**



_____
**RANDOLPH J. HAINES**
U.S. Bankruptcy Judge
_____

# TIFFANY & BOSCO
### P.A.

2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-29207

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 2:09-bk-29215-RJH |
| Ryan Colyer Ross and Holly Marie Ross <br> Debtors. | Chapter 7 |
| PHH Mortgage Corporation <br> Movant, <br> vs. <br> Ryan Colyer Ross and Holly Marie Ross, Debtors; Jill H. Ford, Trustee. <br> Respondents. | O R D E R <br><br> (Related to Docket #12) |

This matter having come before the Court, Movant by and through its attorney, Tiffany & Bosco, P.A., Debtors by and through their counsel, Dwayne Farnsworth, and good cause appearing,

**IT IS HEREBY ORDERED** that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby terminated as to Movant with respect to that certain real property which is subject of a Deed of Trust dated October 13, 2006, and recorded in the office of the

Maricopa County Recorder wherein PHH Mortgage Corporation is the current beneficiary and Ryan Colyer Ross and Holly Marie Ross have an interest in, further described as:

LOT 137, AMADOR, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF MARICOPA COUNTY, ARIZONA, IN BOOK 561 OF MAPS, PAGE 6.

IT IS FURTHER ORDERED that this Order vacating the automatic stay imposed by U.S. Bankruptcy Court Code 362(a) shall be binding and effective in the event the Debtors converts this case to another chapter under the U.S. Bankruptcy Code.